PAUL T. KIESTER v. EVER–TITE COUPLING CO., INC., ET AL.

February 7, 1989.

Petition for certification denied.

RISA WEITZMAN v. GERALD WEITZMAN.

February 7, 1989.

Petition for certification denied.   (See 228 *N.J.Super.* 346)

ALFRED FASCHING, ET UX., ET AL. v. JOSEPH
KALLINGER, ET AL.

February 7, 1989.

Petition for certification denied.   (See 227 *N.J.Super.* 270)

GREGORY PERRY v. JOHN J. RAFFERTY.

February 7, 1989.

Petition for certification denied.